UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANILO FASO,<br><br>        Petitioner<br><br>        v.<br><br>JOHN ASHCROFT, U.S. ATTORNEY<br>GENERAL, ET AL.<br><br>        Respondent | Civil Action No.<br>04cv10122-MLW |

## MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rules 12(b)(1 and (6) for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

By: _____
      FRANK CROWLEY
      Special Assistant U.S. Attorney
      Department of Homeland Security
      P.O. Box 8728
      J.F.K. Station
      Boston, MA 02114
      (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on January 26, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114