### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**DANILO FASO**              **CIVIL ACTION**
     **Plaintiff,**           **NO. 04-10122-MLW**

v

**JOHN ASHCROFT, et al**
     **Defendants**

### ORDER OF DISMISSAL

**WOLF, D. J.**

In accordance with the Court's Order allowing defendant's motion to dismiss, Docket No. 2, on **MARCH 16, 2004**, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

                          By the Court,

**March 16, 2004**              **/s/ Dennis O'Leary**
    Date                           **Deputy Clerk**

**(dismiss-endo.wpd - 12/98)**                                                                                                        **[odism.]**